Filed 11/20/24  P. v. Fowler CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE, | C100169 |
| Plaintiff and Respondent, | (Super. Ct. No. 23CF02796) |
| v. | |
| JOHN CHARLES B. FOWLER, | |
| Defendant and Appellant. | |

Appointed counsel for defendant John Charles B. Fowler asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  We have received no supplemental correspondence from defendant in response and have reviewed the record on our own.  Finding no issues, we affirm.

**FACTUAL AND PROCEDURAL BACKGROUND**

In July 2023, at around 5:00 a.m., defendant rammed his car into the victim's car about six times in an apparent road rage incident.  Defendant then got out of his car and

1

went up to the victim, who was sitting in the driver's seat. Defendant pretended to be holding a firearm and threatened to shoot the victim.

Defendant was charged with one count of felony criminal threats and six counts of assault with a deadly weapon. It was further alleged defendant had a prior serious felony and a prior strike.

In October 2023, defendant pled no contest to three of the assault counts and admitted the prior strike. Defendant stipulated to a 10-year prison sentence. The remaining charges were dismissed.

The following month, the trial court sentenced defendant to state prison for an aggregate term of 10 years and calculated his total credits at 229 days. The court imposed various fines and fees.

Defendant appeals but did not obtain a certificate of probable cause.

## DISCUSSION

Appointed counsel filed an opening brief setting forth the facts of the case and asking this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende*, *supra*, 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing the opening brief. More than 30 days have elapsed, and we have received no communication from defendant.

Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

# DISPOSITION

The judgment is affirmed.

                                    /s/ _____
                                    MESIWALA, J.

We concur:

/s/ _____
DUARTE, Acting P. J.

/s/ _____
RENNER, J.

3